(July 15, 2008)

■ BEECHWOOD WINCHESTER BUILDING CORP. et al., Respondents, v QBE INSURANCE CORPORATION, Appellant, et al., Defendant. [863 NYS2d 386]—Appeal from an order, Supreme Court, New York County (Louis B. York, J.), entered November 19, 2007, unanimously discontinued in accordance with the terms of the stipulation of the parties hereto. No opinion. Order filed. Concur—Lippman, P.J., Friedman, Sweeny and Moskowitz, JJ.